Order Entered on
December 20, 2023
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In re:<br><br>PAUL BLAZEVICH<br><br>Debtor. | BANKRUPTCY NO.   23-03832-CL13<br>Date of Hearing:<br>Time of Hearing:<br>Name of Judge:   Christopher B. Latham |

**ORDER EXTENDING DEADLINE FOR FILING SCHEDULES, STATEMENTS AND PLAN**

IT IS HEREBY ORDERED as set forth on the continuation pages attached, numbered two (2) through two (2).

DATED:   December 20, 2023

_____
Judge, United States Bankruptcy Court

Page 2 | ORDER EXTENDING DEADLINE FOR FILING SCHEDULES, STATEMENTS AND PLAN

In re Paul Blazevich                                Case No. 23-03832-CL13

The court has considered Debtor's motion and amended motion to extend the deadline to file his schedules, statements and Ch. 13 plan (ECF Nos. 21 & 23), and the Trustee's response (ECF No. 22). Good cause appearing, the court **grants** the motion **in part**.

Debtor must now file and serve all outstanding schedules and statements and his Ch. 13 plan no later than **December 28, 2023**. If Debtor fails to do so, his case may be dismissed without further notice. Finally, the date for the 11 U.S.C. § 341 meeting of creditors remains unchanged.

IT IS SO ORDERED.

Signed by Judge Christopher B. Latham December 20, 2023

United States Bankruptcy Court
Southern District of California

| | |
|---|---|
| In re: | Case No. 23-03832-CL |
| Paul Blazevich | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 1 of 2 |
| Date Rcvd: Dec 20, 2023 | Form ID: pdfO4 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol　　Definition**

\+ 　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul Blazevich, 3859 Birch Street, San Diego, CA 92113-4212 |
| ust | + | Elvina Rofael, United States Trustee, 880 Front Street Third Floor, Suite 3230, San Diego, CA 92101-8897 |
| ust | + | Rofael, United States Trustee, 880 Front Street, Third Floor, Suite 323, San Diego, CA 92101-8897 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion17.sc.ecf@usdoj.gov | Dec 20 2023 23:14:00 | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |
| ust | + | Email/Text: ustp.region15@usdoj.gov | Dec 20 2023 23:14:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 22, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:

**Name　　　　　　　　　　　Email Address**

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 2 of 2 |
| Date Rcvd: Dec 20, 2023 | Form ID: pdfO4 | Total Noticed: 5 |

Michael Koch                    mkoch@ch13.sdcoxmail.com  admin@ch13.sdcoxmail.com;mkoch13@ecf.epiqsystems.com

TOTAL: 1