CSD 1101 [12/01/23]

Name, Address, Telephone No. & I.D. No.
Paul Joseph Blazevich
3859 Birch Street
San Diego, California 92113
SSN: XXX-XX-9763
Telephone (619) 261-3604

FILED
2024 FEB 29 AM 10: 32
CLERK
U.S. BANKRUPTCY CT
SO DIST OF CALIF.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

PAUL JOSEPH BLAZEVICH

Debtor(s)

BANKRUPTCY NO. 23-03832-CL13

## NOTICE TO CREDITORS OF THE ABOVED-NAMED DEBTOR
## ADDED BY AMENDMENT OR BALANCE OF SCHEDULES

You are hereby notified that the debtor is filing in this case a schedule or an amendment to the debtor's list of debts to include you as a creditor of this estate. If you have questions concerning the legal effect of this filing upon you as a creditor, please consult your own legal counsel. Neither the Court nor I may advise you on legal matters.

You are further notified that on 12/1/2023, the debtor filed a petition for relief under Chapter 13, of the United States Bankruptcy Code. [If applicable: The case was subsequently converted to a case under Chapter ___ of the Code on: _____.]

**As a result of the filing of the petition, you are notified that certain acts and proceedings against the debtor and his estate are stated as provided in 11 U.S.C. § 362(a).**

Copies of notices indicated below are pertinent to this case and are enclosed with this notice.

Order for and Notice of Section 341(a) Meeting and/or Notice of Hearing on Objection to Confirmation of Chapter 13 Plan

☒ Meeting and/or Hearing pending

☐ Meeting and/or Hearing concluded

☐ Meeting and/or Hearing continued to _____, at _____.m.

☐ Discharge of the Debtor

☐ Order Fixing Last Date for Filing Claims and Proof of Claim (Form 410)

☐ Order Confirming Plan

☐ Other (specify)

Dated: 28 February 2024        Signed: /s/ Paul Blazevich
                                      ☒ Debtor    ☐ Attorney for Debtor

CSD 1101 [12/01/23]

## INSTRUCTIONS

1. Determine which of the notices or orders listed on the reverse side have been mailed to creditors *prior* to preparation of the amendment or balance of schedules being filed with this notice. Copies of those notices must be mailed to the added creditors and copies attached to this notice. Failure to do so may cause the amendment, schedules and/or notice to be returned for correction.

2. Compliance with LBR 1007-4 and 1009 are required.

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Notice to Creditors of the Above-Named Debtor Added by Amendment** on the following persons listed below by mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

    Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

    ☐   Chapter 7 Trustee:

    ☐   For Chapter 7, 11, & 12 cases:      ☒   For Chapter 13 cases:
        UNITED STATES TRUSTEE                    MICHAEL KOCH, TRUSTEE
        ustp.region15@usdoj.gov                  mkoch@ch13.sdcoxmail.com

2. **Served by United States Mail**:

    On FEB 29 2024, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

1) BOBBI J. PEARSON
2) BOBBI J. PEARSON, TRUSTEE OF THE BOBBI J. PEARSON TRUST DATED AUGUST 3, 1990
3) THE BOBBI J. PEARSON 1990 TRUST, DATED AUG 3, 1990; AND
4) OAK TREE ESCROWS, INC. A CALIFORNIA CORP.
IN FOUR SEPARATE ENVELOPES ADDRESSED TO 561 NORTH MAGNOLIA AVENUE EL CAJON, CALIF. 92020

**Chase Bank, Card Member Services**
Nonpriority Creditor's Name
P O Box 36520
Number       Street
Louisville                                    KY        40233

**Alltran Education, Inc (U.S. Dept. of Education)**
Nonpriority Creditor's Name
Post Office ox 105028
Number       Street
Atlanta                                       GA        30348

**Ajay Kimra c/o Atty. James E. Pilley**
Nonpriority Creditor's Name
8880 Rio San Diego Drive
Number       Street
San Diego                                     CA        92108

CSD 1101 [12/01/23]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  28 FEB 2024  
(Date)

Paul Joseph Blazevich  
(Typed Name and Signature)

3859 Birch Street  
(Address)

San Diego, California 92113  
(City, State, ZIP Code)