**Fill in this information to identify your case and this filing:**

Debtor 1: Paul Joseph Blazevich
First Name / Middle Name / Last Name

Debtor 2: (Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Southern District of California

Case number: 23-03832-CL-13

☑ Check if this is an amended filing

FILED 2024 MAR -1 PM 1:38 U.S. BANKRUPTCY SO. DIST. OF CALIF.

FILED 2024 FEB 30 AM 10:16 U.S. BANKRUPTCY SO. DIST OF CALIF.

## Official Form 106A/B

# Schedule A/B: Property                                               12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1. 3859 Birch Street; 1916 Woden St.
        Street address, if available, or other description

        1918 Woden Street (1 bldg. triplex)

        San Diego    CA    92113
        City         State ZIP Code

        San Diego
        County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☑ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☑ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: APN: 550-680-15-00

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property? $ 1,167,000.00
   Current value of the portion you own? $ 583,500.00

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   fee simple, 50%hwjt; tn-in-cm w/50%

   ☑ Check if this is community property (see instructions)

   If you own or have more than one, list here:

   1.2. _____
        Street address, if available, or other description

        _____

        _____
        City         State ZIP Code

        _____
        County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property? $_____
   Current value of the portion you own? $_____

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   ☐ Check if this is community property (see instructions)

3832AB

Debtor 1  Paul Joseph Blazevich     Case number (if known) 23-03832-CL-13

1.3.
Street address, if available, or other description

City   State   ZIP Code

County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  $_____
Current value of the portion you own?  $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ................................→  $ **583,500.00**

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
- ☐ No
- ☒ Yes

3.1. Make: BMW
Model: 320i
Year: 2016
Approximate mileage: 50,000
Other information: Salvage title & recnt front end accident (non-filing wife's car)

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ Check if this is community property (see instructions)

Current value of the entire property?  $ 5,000.00
Current value of the portion you own?  $ 5,000.00

If you own or have more than one, describe here:

3.2. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information: _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?  $_____
Current value of the portion you own?  $_____

Official Form 106A/B          Schedule A/B: Property          page 2

Debtor 1  Paul             Joseph             Blazevich            Case number (if known) 23-03832-CL-13
         First Name       Middle Name        Last Name

3.3. Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:
     [                              ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

$_____                            $_____

3.4. Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:
     [                              ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

$_____                            $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☒ No
   ☐ Yes

4.1. Make: _____
     Model: _____
     Year: _____
     Other information:
     [                              ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

$_____                            $_____

If you own or have more than one, list here:

4.2. Make: _____
     Model: _____
     Year: _____
     Other information:
     [                              ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

$_____                            $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................... ➔   $_____0.00

Official Form 106A/B                         Schedule A/B: Property                                page 3

Debtor 1   Paul  Joseph  Blazevich        Case number (if known) 23-03832-CL-13
          First Name  Middle Name  Last Name

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
   *Examples*: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe......... Kitchen Appliances, typical household dishes, linens, etc.           $ 3,000.00

**7. Electronics**
   *Examples*: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.......... Flat Screen Television, cellphones, computers           $ 3,800.00

**8. Collectibles of value**
   *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe..........           $

**9. Equipment for sports and hobbies**
   *Examples*: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe..........           $

**10. Firearms**
   *Examples*: Pistols, rifles, shotguns, ammunition, and related equipment
   ☑ No
   ☐ Yes. Describe..........           $

**11. Clothes**
   *Examples*: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ☑ Yes. Describe.......... Typical Clothing           $ 1,200.00

**12. Jewelry**
   *Examples*: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ☑ Yes. Describe.......... Mother's Ring           $ 500.00

**13. Non-farm animals**
   *Examples*: Dogs, cats, birds, horses
   ☑ No
   ☐ Yes. Describe..........           $

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ☑ No
   ☐ Yes. Give specific information. .............           $

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................... →   $ 8,500.00

Official Form 106A/B                   Schedule A/B: Property                   page 4

Debtor 1  Paul Joseph Blazevich
         First Name / Middle Name / Last Name

Case number (if known) 23-03832-CL-13

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ..................................................................................................................... Cash: ....................... $ 100.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .....................

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Cabrillo Federal Credit Union (non-filing spouse acct) | $ 444.00 |
| 17.2. Checking account: | | $ |
| 17.3. Savings account: | Cabrillo Federal Credit Union (non-filing spouse acct) | $ 232.00 |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ................

Institution or issuer name:

_____ $ _____
_____ $ _____
_____ $ _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them........................

| Name of entity: | % of ownership: | |
|---|---|---|
| _____ | 0% % | $ _____ |
| _____ | 0% % | $ _____ |
| _____ | 0% % | $ _____ |

Official Form 106A/B            Schedule A/B: Property            page 5

Debtor 1  Paul Joseph Blazevich       Case number (if known) 23-03832-CL-13
         First Name  Middle Name  Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ☒ No
   ☐ Yes. Give specific information about them........

   Issuer name:
   _____  $_____
   _____  $_____
   _____  $_____

21. **Retirement or pension accounts**

   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☒ No
   ☐ Yes. List each account separately.

   Type of account:    Institution name:
   401(k) or similar plan: _____  $_____
   Pension plan: _____  $_____
   IRA: _____  $_____
   Retirement account: _____  $_____
   Keogh: _____  $_____
   Additional account: _____  $_____
   Additional account: _____  $_____

22. **Security deposits and prepayments**

   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

   ☒ No
   ☐ Yes ...............

   Institution name or individual:
   Electric: _____  $_____
   Gas: _____  $_____
   Heating oil: _____  $_____
   Security deposit on rental unit: _____  $_____
   Prepaid rent: _____  $_____
   Telephone: _____  $_____
   Water: _____  $_____
   Rented furniture: _____  $_____
   Other: _____  $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ☒ No
   ☐ Yes ...............

   Issuer name and description:
   _____  $_____
   _____  $_____
   _____  $_____

Official Form 106A/B                Schedule A/B: Property                         page 6

Debtor 1  __Paul__ __Joseph__ __Blazevich__   Case number (if known) __23-03832-CL-13__
          First Name  Middle Name  Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☒ No
    ☐ Yes ............... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    _____ $_____
    _____ $_____
    _____ $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☒ No
    ☐ Yes. Give specific information about them.... $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes. Give specific information about them.... $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No
    ☐ Yes. Give specific information about them.... $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☒ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...............
    Federal: $_____
    State: $_____
    Local: $_____

29. **Family support**
    *Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☒ No
    ☐ Yes. Give specific information...............
    Alimony: $_____
    Maintenance: $_____
    Support: $_____
    Divorce settlement: $_____
    Property settlement: $_____

30. **Other amounts someone owes you**
    *Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☒ No
    ☐ Yes. Give specific information............... $_____

Official Form 106A/B                    Schedule A/B: Property                              page 7

Debtor 1 __Paul__ __Joseph__ __Blazevich__   Case number (if known) 23-03832-CL-13
       First Name   Middle Name   Last Name

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No
☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No
☐ Yes. Give specific information............     $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☒ Yes. Describe each claim. .................... Poss suit vs SDPD & related poss ins claim for vandalsim; unk val   $_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☒ Yes. Describe each claim. .................... Am named def. in unserved lawsuit subject to x-complnt (unk val.)   $_____

**35. Any financial assets you did not already list**

☒ No
☐ Yes. Give specific information............     $_____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ................................................................................................................. →    $ **776.00**

---

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1.**

**37.** Do you own or have any legal or equitable interest in any business-related property?
☒ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☒ No
☐ Yes. Describe.......     $_____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No
☐ Yes. Describe.......     $_____

Official Form 106A/B      Schedule A/B: Property      page 8

Debtor 1  Paul  Joseph  Blazevich                          Case number (if known) 23-03832-CL-13
         First Name  Middle Name  Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - ☒ No
    - ☐ Yes. Describe...... Construction tools                                                        $  9,000.00

41. **Inventory**
    - ☒ No
    - ☐ Yes. Describe......                                                                          $

42. **Interests in partnerships or joint ventures**
    - ☒ No
    - ☐ Yes. Describe....... Name of entity:                                              % of ownership:
                                                                                          ____%     $
                                                                                          ____%     $
                                                                                          ____%     $

43. **Customer lists, mailing lists, or other compilations**
    - ☒ No
    - ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
        - ☐ No
        - ☐ Yes. Describe........                                                                    $

44. **Any business-related property you did not already list**
    - ☐ No
    - ☐ Yes. Give specific information ......... The answer to this question is no, but the fillable form would not check the "no" box.   $
                                                                                                     $
                                                                                                     $
                                                                                                     $
                                                                                                     $
                                                                                                     $

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ......................................................................................→   $  0.00

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ☒ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples*: Livestock, poultry, farm-raised fish
    - ☒ No
    - ☐ Yes........................                                                                  $

Official Form 106A/B                        Schedule A/B: Property                                   page 9

| Debtor 1 | Paul | Joseph | Blazevich | Case number (if known) 23-03832-CL-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**48. Crops—either growing or harvested**
☑ No
☐ Yes. Give specific information............. $_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☑ No
☐ Yes......................... $_____

**50. Farm and fishing supplies, chemicals, and feed**
☑ No
☐ Yes......................... $_____

**51. Any farm- and commercial fishing-related property you did not already list**
☑ No
☐ Yes. Give specific information............. $_____

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ................ → $ **0.00**

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☐ No
☑ Yes. Give specific information............. Criminal Restitution Judgment against Jorge Luis Alcaraz, defendant. entered July 23, 2009; in the San Diego Superior Court, North County Division, Case # SCN 256690 assigned to non-filing spouse of debtor on September 28, 2010, filed on Ocober 14, 2010, in the amount of $27,000.
$ **66,150.00**
$ _____
$ _____

**54.** Add the dollar value of all of your entries from Part 7. Write that number here ................ → $ **66,150.00**

### Part 8: List the Totals of Each Part of this Form

**55.** Part 1: Total real estate, line 2 ................ → $ **583,500.00**

**56.** Part 2: Total vehicles, line 5           $ **5,000.00**

**57.** Part 3: Total personal and household items, line 15     $ **8,500.00**

**58.** Part 4: Total financial assets, line 36      $ **776.00**

**59.** Part 5: Total business-related property, line 45    $ **9,000.00**

**60.** Part 6: Total farm- and fishing-related property, line 52    $ _____

**61.** Part 7: Total other property not listed, line 54    + $ **66,150.00**

**62.** Total personal property. Add lines 56 through 61. ............ $ **89,426.00**   Copy personal property total → + $ **89,426.00**

**63.** Total of all property on Schedule A/B. Add line 55 + line 62............ $ **672,926.00**

Official Form 106A/B                Schedule A/B: Property                page 10