Michael Koch, Trustee State Bar No. 131892
Rebecca E. Pennington State Bar No. 174488
**OFFICE OF THE CHAPTER 13 TRUSTEE**
402 West Broadway, Suite 1450
San Diego, CA 92101-8544
Telephone (619) 338-4006
Facsimile (619) 239-5242

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re: | ) | Case No. 23-03832-CL13 |
|---|---|---|
| | ) | Chapter 13 Case |
| PAUL BLAZEVICH | ) | DATE:  April 17, 2024 |
| | ) | TIME:   10:00 AM |
| | ) | JUDGE: HON. CHRISTOPHER B. LATHAM |
| | ) | DEPT:   5 |
| Debtor. | ) | TRUSTEE'S STATEMENT OF CASE STATUS |

This Statement of Case Status is filed with the Court with respect to Trustee's Objection to Confirmation and Motion to Dismiss. Pending resolution of the following issues, objections remain:

1. There is $455,785 non-exempt in real property, jewelry, automobile and value in restitution. Plan must provide to pay unsecured creditors in full.

2. Amended Schedules I and J disclose $2,454 net monthly income while plan payment is $1,786. Amended Schedule I discloses rental income, pension income and self-employment income.

3. Debtor has failed to provide proof of income and has not provided copies of tax returns to Trustee so that the case must be dismissed pursuant to §§ 521(a)(1)(B)(iv) and 521(e)(2)(B).

1

4. Part 2.4 of the plan provides that debtor both retains and turns over tax refunds. The plan provides for payment of the Debtor's mortgage arrears through the plan by Truste in Part 3.1 and by way of California Relief Program in Part 9.

5. The Debtor's Plan acknowledges in Part 9 that the case will be dismissed within 90 days after California Relief Program pays the mortgage arrears—an admission that the case was filed to hinder and delay the collection of a debt.

6. Debtor has made no plan payments so that the case should be dismissed pursuant to §1307(c)(1) for a delay that is prejudicial.

Date:  March 29, 2024                                    ___/s/ Rebecca E. Pennington___
                                                         Attorney for Chapter 13 Trustee