Paul Blazevich, *pro se*
3859 Birch Street
San Diego, California 92113
Telephone: (619) 261-3604
Facsimile: (619) 231-2610
Electronic Mail: P.Blaze@mail.com

Debtor, *in propria persona*
SSN: XXX-XX-9763

FILED
2024 APR 17 AM 10: 00
CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

# UNITED STATES BANKRUPCY COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | Case Number: SDCA Case # 23-03832-CL13 |
| ) | |
| **PAUL JOSEPH BLAZEVICH,** ) | **CONSENT TO RELIEF FROM** |
| ) | **AUTOMATIC STAY** |
| DEBTOR. ) | |

The debtor, PAUL JOSEPH BLAZEVICH, hereby consents to the motion filed on April 12, 2024, (Document #56) by creditor, NewRez LLC, dba Shellpoint Mortgage Servicing, as servicer for Bank of America, N.A., for relief from the automatic stay imposed in this case through Title 11 of the United States Code section 362(a).

DECLARATION

I, PAUL JOSEPH BLAZEVICH, am the debtor in the above captioned case.

I acknowledge the above referenced motion and do not object to the relief from stay therein requested, permitting the creditor to proceed with actions in accordance with their rights under state law.

4/17/24
Date

Paul Blazevich