CSD 2012 [03/01/15]
Name, Address, Telephone No. & I.D. No.

MICHAEL KOCH, TRUSTEE #131892
OFFICE OF THE CHAPTER 13 TRUSTEE
402 WEST BROADWAY, SUITE 1450
SAN DIEGO, CA  92101-8544
(619) 338-4006 PHONE
(619) 239-5242 FAX

Order Entered on
May 23, 2024
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

PAUL BLAZEVICH

BANKRUPTCY NO. 23-03832-CL13

Debtor.

### ORDER DISMISSING CHAPTER 13 CASE AFTER HEARING

Upon consideration of a Motion to Dismiss this case

☐ Filed by _____, Creditor, and after due notice to the Debtor(s), attorney of record for the Debtor(s), if any, and the Chapter 13 trustee;

☐ Filed by _____, Chapter 13 Trustee, and upon hearing requested by the Debtor(s);

☐ Filed or orally made at a regular hearing before the Judge of the United States Bankruptcy Court by the Debtor(s) and upon notice to the Chapter 13 Trustee;

☑ Filed by the Chapter 13 Trustee in conjunction with a regularly noticed hearing on an Objection to Confirmation of the Debtor's proposed Chapter 13 Plan for the reasons set forth on the record;

☐ Other:

and there being no opposition thereto, or if opposition was made or filed, following a hearing as indicated above.

IT IS HEREBY ORDERED AND ADJUDGED THAT:
1. This case is dismissed without prejudice as to this debtor only.
2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Local Bankruptcy Rule 7041-2(a).
3. All stays now in effect for this case are vacated and the provisions of 11 U.S.C. § 349 will hereafter apply.

DATED: May 21, 2024

_____
Judge, United States Bankruptcy Court

CSD 2012

United States Bankruptcy Court
Southern District of California

In re:                                                                                          Case No. 23-03832-CL
Paul Blazevich                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3                          User: Admin.                                Page 1 of 2
Date Rcvd: May 23, 2024                Form ID: pdfO14                         Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul Blazevich, 3859 Birch Street, San Diego, CA 92113-4212 |
| 15074870 | + | Ajay Kimra c/o Atty James E. Pilley, 8880 Rio San Diego Drive, San Diego, CA 92108-1634 |
| 15074871 | + | Alltran Education, Inc. (U.S. Dept. of Education), P.O. Box 105028, Atlanta, GA 30348-5028 |
| 15074868 | + | Bobbi J. Pearson, Indiv & Trust, Oaktree Escrows, Inc., 561 North Magnolia Avenue, El Cajon, CA 92020-3608 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | May 23 2024 23:04:00 | Franchise Tax Board, Attn: Bankruptcy, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 15071071 | | Email/Text: mtgbk@shellpointmtg.com | May 23 2024 23:03:00 | Bank of America, N.A, c/o NewRez LLC dba Shellpoint Mortgage S, PO Box 10826, Greenville, SC 29603-0826 |
| 15074869 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 23 2024 23:46:21 | Chase Bank, P. O. Box 36520, Louisville, KY 40233 |
| 15061303 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 23 2024 23:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15079375 | + | Email/Text: ecfbnc@aldridgepite.com | May 23 2024 23:04:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 15057100 | | Email/Text: mtgbk@shellpointmtg.com | May 23 2024 23:03:00 | Shellpoint Mortgage Servicing, Post Office Box 10826, Greenville, SC 29603-0826 |
| 15065029 | | Email/Text: EDBKNotices@ecmc.org | May 23 2024 23:03:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0974-3 | User: Admin. | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 23, 2024 | Form ID: pdfO14 | Total Noticed: 11 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2024        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joseph Delmotte | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ecfcasb@aldridgepite.com Jdelmotte@ecf.courtdrive.com |
| Michael Koch | mkoch@ch13.sdcoxmail.com admin@ch13.sdcoxmail.com;mkoch13@ecf.epiqsystems.com |

TOTAL: 2